Barry L. BATTELSTEIN and Jerry E. Battelstein, Plaintiffs-Appellees,

v.

INTERNAL REVENUE SERVICE, Defendant-Appellant.

No. 77–3212.

United States Court of Appeals, Fifth Circuit.

April 11, 1980.

M. Carr Ferguson, Asst. Atty. Gen., Gilbert E. Andrews, Act. Chief, Appellate Section, Robert A. Bernstein, Atty., Gayle P. Miller, William Friedlander, Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellant.

Marc E. Grossberg, David Cowan, Hugh M. Ray, Houston, Tex., for plaintiffs-appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion Feb. 14, 1980, 5 Cir., 1980, 611 F.2d 1033).

Before COLEMAN, Chief Judge, BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

William Carl MIXON, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 79–1497.

United States Court of Appeals, Fifth Circuit.

April 14, 1980.

Opinion on Rehearing June 30, 1980. See 620 F.2d 486.

Robin P. Hartmann, Dallas, Tex. (Court-appointed), for plaintiff-appellant.

Arnaldo N. Cavazos, Jr., Asst. U. S. Atty., Dallas, Tex., for defendant-appellee.

ON PETITION FOR REHEARING

Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.

PER CURIAM:

A majority of the court being of the opinion that the petition for rehearing should be granted as to the Fed.R.Crim.P. Rule 11 issue, and inasmuch as the practice of this court forbids a divided vote in cases disposed of on its summary calendar, Fed.R. App.P. 34(a), 5th Cir. R. 18, this case shall be set down for oral argument, and this panel's opinion in, 608 F.2d 588 (5th Cir. 1979) is accordingly VACATED.

FRANK M. JOHNSON, Jr., Circuit Judge, dissents.